# EXHIBIT "A"

# Summons

## Collection Information Statement

In the matter of  AKAMAI CLEANING SERVICES INC, 73-4182 MALINO PL, KAILUA KONA, HI 96740-9454
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 6 (26)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** MICHAEL LUKE, VICE PRESIDENT OF AKAMAI CLEANING SERVICES INC
**At:** 73-4182 MALINO PL, KAILUA KONA, HI 96740-9454

You are hereby summoned and required to appear before ALAN OCHIAE, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 06/15/2010  To 07/15/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

101 AUPUNI ST, SUITE 228, HILO HI 96720-4246  (808) 933-6983x13

**Place and time for appearance:** At  STATE OF HAWAII TAX OFFICE CONFERENCE ROOM,  82-6130 MAMALAHOA HIGHWAY, CAPTAIN COOK, HI 96704

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the  30th  day of  July , 2010  at  9:30  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  16th  day of July , 2010

ALAN OCHIAE                                 REVENUE OFFICER
Signature of issuing officer                 Title

Signature of approving officer (if applicable)     Title

EXHIBIT "A"

**Original** -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 7/19/2010 | 10:40 AM |

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.

I handed the attested copy of the summons to Michael Luke, along with a L903 with Notice 931 and a 941-M letter with 941-M instructions and 6 941-M copies.

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

_____

Signature: /s/                Title: Revenue Officer

---

**I certify that the copy of the summons served contained the required certification.**

Signature: /s/                Title: Revenue Officer

Catalog No. 25000Q                Form **6637** (Rev. 10-2006)

# Attachment 1 to Summons Form 6637

In the matter of  **AKAMAI CLEANING SERVICES INC**


Period information: Form 941 for the quarterly periods ending June 30, 2007, September 30, 2007, December 31, 2007, March 31, 2008, June 30, 2008, September 30, 2008 and December 31, 2008 and Form CIVPEN for the calendar periods ending December 31, 2005 and December 31, 2006